AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| BRENT GIBSON CLASSIC HOME DESIGN, LLC.,an Oklahoma limited liability company (#1), and EVAN BRENT GIBSON, an Individual, <br><br>  Plaintiff(s), <br><br> v. <br><br> MASHBURN FAIRES HOMES, L.L.C., an Oklahoma limited liability company (#1), SHANE MASHBURN, an Individual (#2), DARREN FAIRES, an individual (#3),HOLLY BAUM, an in <br>  Defendant(s). | Case No. CIV-15-1274-F |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
DARREN FAIRES
8510 S. Pennsylvania Avenue
Oklahoma City, OK 73159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C. Craig Cole
John E. Gatliff II
C. CRAIG COLE & ASSOCIATES
317 Northwest Twelfth Street

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
11:12 am, Nov 17, 2015
CARMELITA REEDER SHINN, Clerk
By: Kathy Rose
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-15-1274-F

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| BRENT GIBSON CLASSIC HOME DESIGN, LLC.,an Oklahoma limited liability company (#1), and EVAN BRENT GIBSON, an Individual,<br><br>              Plaintiff(s),<br><br>v.<br><br>MASHBURN FAIRES HOMES, L.L.C., an Oklahoma limited liability company (#1), SHANE MASHBURN, an Individual (#2), DARREN FAIRES, an individual (#3),HOLLY BAUM, an in<br>              Defendant(s). | Case No. CIV-15-1274-F |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
HOLLY BAUM
1109 Chimney Hill Road
Edmond,   OK   73034

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C. Craig Cole
John E. Gatliff II
C. CRAIG COLE & ASSOCIATES
317 Northwest Twelfth Street

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
11:14 am, Nov 17, 2015
CARMELITA REEDER SHINN, Clerk

By: Kathy Rose
      Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| BRENT GIBSON CLASSIC HOME DESIGN, LLC.,an Oklahoma limited liability company (#1), and EVAN BRENT GIBSON, an Individual,<br><br>Plaintiff(s),<br><br>v.<br><br>MASHBURN FAIRES HOMES, L.L.C., an Oklahoma limited liability company (#1), SHANE MASHBURN, an Individual (#2), DARREN FAIRES, an individual (#3),HOLLY BAUM, an in<br>Defendant(s). | Case No. CIV-15-1274-F |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MASHBURN FAIRES HOMES, L.L.C.
c/o Registered Service Agent DARREN FAIRES
2800 S.W. 135th
Oklahoma City,  OK  73170

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
C. Craig Cole
John E. Gatliff II
C. CRAIG COLE & ASSOCIATES
317 Northwest Twelfth Street

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
11:13 am, Nov 17, 2015
CARMELITA REEDER SHINN, Clerk

By: Kathy Rose
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-15-1274-F

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| BRENT GIBSON CLASSIC HOME DESIGN, LLC.,an Oklahoma limited liability company (#1), and EVAN BRENT GIBSON, an Individual,<br><br>Plaintiff(s),<br><br>v.<br><br>MASHBURN FAIRES HOMES, L.L.C., an Oklahoma limited liability company (#1), SHANE MASHBURN, an Individual (#2), DARREN FAIRES, an individual (#3),HOLLY BAUM, an in<br>Defendant(s). | Case No. CIV-15-1274-F |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
SHANE MASHBURN
8510 S. Pennsylvania Avenue
Oklahoma City, OK 73159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
C. Craig Cole
John E. Gatliff II
C. CRAIG COLE & ASSOCIATES
317 Northwest Twelfth Street

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
**11:11 am, Nov 17, 2015**
CARMELITA REEDER SHINN, Clerk

By: *Kathy Rose*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: